# DIEDERICH LAW OFFICE

**361 Route 210**
**Stony Point, NY 10980**
**(845) 942-0795**
**(845) 942-0796 (fax)**
Mike@DiederichLaw.com

*Michael Diederich, Jr., Esq.* *
*Donald Mallo, Esq.*
  *Of Counsel*
*Vanessa Castellina, Esq.* **
  *Of Counsel*

*Practice concentrating in employment law,*
*civil rights, & military law*

\* Admitted in NY & Mass.
\*\* Admitted in NY & NJ

VIA ECF

January 21, 2024

Hon. Kenneth M. Karas, USDJ
United States District Court, SDNY
United States Courthouse
300 Quarropas St.
White Plains, New York 10601

> Re: *Vincent Artis v. Phelps Memorial Hospital Association and Northwell Health, Inc.*
> Case No. 7:23-cv-09827-KMK
> <u>Plaintiff's Request for Adjournment of 1/23/2024 Pre-Motion Conference due to Counsel's family emergency</u>

Dear Judge Karas:

Attorney Vanessa Castellina is handling the above matter for this office. I learned today (Sunday) that her father has just gone to the hospital with a medical emergency and is in the ICU. Until her father is (hopefully) stabilized and recovering, she must be with him, at least for the next few days.

Accordingly, due to this unexpected medical emergency, I request that the pre-motion conference in the above matter scheduled for 2 pm on Tuesday be adjourned.

The Court's consideration is appreciated.

Granted.

The conference is adjourned to
2/ 6 /24, at 10:00

So Ordered
1/22/24

Respectfully submitted,

/S /
Michael Diederich, Jr.

cc: Jonathan Stoler, Esq.
    via jstoler@sheppardmullin.com and ECF
    Vanessa Castellina, Esq.