# DIEDERICH LAW OFFICE
**361 Route 210**
**Stony Point, NY 10980**
**(845) 942-0795**
**(845) 942-0796 (fax)**
Mike@DiederichLaw.com

*Michael Diederich, Jr., Esq.* *
*Donald Mallo, Esq.*
  *Of Counsel*
*Vanessa Castellina, Esq.* **
  *Of Counsel*
*Mike Wolf, Esq.*
  *Of Counsel*

*Practice concentrating in employment law,*
*civil rights, & military law*

\* Admitted in NY & Mass.
\*\* Admitted in NY & NJ

VIA ECF

January 31, 2024

Hon. Kenneth M. Karas, USDJ
United States District Court, SDNY
United States Courthouse
300 Quarropas St.
White Plains, New York 10601

    Re: *Vincent Artis v. Phelps Memorial Hospital Association and Northwell Health, Inc.*
    Case No. 7:23-cv-09827-KMK
    <u>Counsels' withdrawal; Plaintiff's request to take over case *Pro Se*</u>

Dear Judge Karas:

    This office represents the Plaintiff, Vincent Artis.

    This office and Mr. Artis are in agreement that our office withdraws from his representation. Mr. Artis will represent himself by himself, *pro se*.

    We have advised Mr. Artis that an in-person pre-motion conference is scheduled before Your Honor on Tuesday, February 6, 2024, at 10:00 am, and that he should be in Court absent the Court's instruction to the contrary. He has informed me that he will be present.

    We request that the Court direct the Clerk to record my office's withdrawal and Mr. Artis' *pro se* representation.

> Mr. Diederich's withdrawal is noted. However, Mr. Diederich is asked to advise Plaintiff that the February 6 conference will be via teleconference and to provide Plaintiff with the call-in information.

Respectfully submitted,

/S/
Michael Diederich, Jr.

So Ordered.
*[signature]* 1/31/24
cc: Vincent Artis