UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

VINCENT ARTIS

Plaintiff

-against-

PHELPS MEMORIAL HOSPITAL

ASSOCIATION, et, al.,

Defendants

MOTION FOR STAY

No: 7:23-cv-09827-KMK

---

I (Vincent Artis) would like to have a Stay pending my appeals for the following reasons;

The appeal court will only allow an appeal where the decision of the lower court was: 1. Wrong, or 2. Unjust because of serious procedural or other irregularity in the proceedings in the lower court. (lets look at that quote for a minute) that is a very powerful quote, so in order to prove my case for a Stay my argument have to match this quote.

(1) I said that Defendants lawyer should not have been granted the rights to see my mental and physical records; I have said somethings on my appeal, but I left out the most important piece of evidence; I have a case 25-cv-09045 in Judge Seibel court and I sent in my physical and mental permanent injury report. (Please see attached exhibit A) and this complaint lawsuit was filed before this matter came up in your court. The reason this is EXTREMELY important is because of the rules of "res judicata and collateral estoppal" Which means I cannot bring up the same things in different law suits I do not have to recite cases because this is the rules and facts. My other case 25-cv-09045 talks about I got hurt on the job and that was after I put my original complaint in (7:23-cv-09827-KMK) and if you look at it my original complaint there is nothing saying I ask for Physical damages so Judge Krause should have never granted that. (The court of appeals will only allow an appeal when the decision of the lower court was: 1. Wrong, 2. Unjust because of serious procedural or other irregularity in the proceedings in the lower court) Now lets look at Mental; I have admitted to not seeking mental help until after I got hurt on the job (11/2-3/22) my complaint was in way before that and I was still working when I put my original complaint in. Judge Krause should have never granted access to all my mental records because that will be covered in another case that is still pending and the rules of "res judicata and collateral estoppal" states I cannot bring up the same issues in another law suit. (The appeal court will only allow an appeal when the decision of the lower court was: 1. Wrong, or 2. Unjust because of serious procedural or other irregularity in the proceedings in the lower court. My

mental and Physical permanent injury(s) report shows these matters will be addressed in another complaint (25-09045) Also please note that Judge Seibel have denied my complaint, but she said I should file in State court. Which shows my complaint have merit, But I am appealing her decision with the court of appeals, and as long as I am appealing her decision it means my claims and complaint is still alive in the court system. (The law)

(2)    Federal Rule Of Civil Procedure (FRCP) have this thing called the "IN CONTROVERSY REQIREMENT" The physical condition must be a genuine issue in the case What makes this rule so important is because I never said or listed a physical injury in my complaint, and the ONLY way Defendants lawyer have any merit to there claim if I would have Amend my complaint.

(3) Judge Krause ruled that if anybody talk to me or text me about Phelps hospital, I have to report it to the defendants lawyers. And he made that decision after defendants lawyer only argument was "I complained" On 12/22/25 in court I asked to see defendants personal cell phone records and Judge Krause said "no that is personal" see the problem with that is supervisor Diego is all over my complaint so at least there is somewhat of a probable cause, by judge Krause saying I have to report anything about Phelps hospital to defendants lawyers on my personal phone and not do the same with defendants phone then Bias and prejudice will automatically be assumed. (I am appealing that decision, see attached to this motion) ALSO, Phelps hospital have a portal that all employees are hooked up to so they can talk to each other, the only rights Phelps have on this matter is to look at all the messages in that portal.
(Please see exhibit D attached) my arguments with case law: In McMahan v. New York Organ Donor Network Inc; No. 156669/12,2016WL 1251204(NY sup. CT Mar. 28, 2016) Personal records must be disclosed, at least to the extent of requiring an in camera inspection by the court, whenever there is a reasonable possibility that these files contain relevant and material documents..... (Lets look at another case) Ladson v. Ulltra East Parking Corp, 878 F. Supp 25(S.D.N.Y. 1995) this was a real dirty case, and as ugly as it can get. But, it shows the importancy of seeing employees records especially when it comes to Retaliation and Discrimination cases, which my case falls under. The case states that "All must be shown is that the Discovery requested possibly might be relevant. Henderson v. National R.R Passenger Corp 113 F.R.D 502, 506, (No. 111 1986) OR! 's reasonably calculated to lead to the Discovery of admissible evidence. Fed. R. Civ Pro 26(b)(1) Rozier v. ford motors Co. 573 F2d 1332, 1342-43 this is extremely important because supervisor Diego is all over my complaint and Tony is too.

(4)In Federal Civil Courts in NY (and generally) judges can err by admitting irrelevant, overly broad, or prejudicial discovery (Discovery not relevant to the case), but it's often challenged via motions to compel/limit discovery or appeals, with courts generally favoring relevance under Federal Rules of Civil Procedure (FRCP) 26(b)(1) requiring proportionality), through sometimes judges admit wide-ranging info if potentially relevant, leading to appeals for abuse of discretion, like in cases where scope is abused or sanctions are improper, requiring parties to show the judge clearly exceeded bounds, as seen in general discovery disputes where courts struggle to balance access vs. burden.
Types of Discovery Errors (Not Specific Cases, but Patterns)
1. Overly Broad Requests: Allowing discovery into a party's entire life/business when only a narrow aspect is relevant to the case.

2. Irrelevant Information: Admitting data/documents with no logical connection to the claims or defenses.
3. Undue Burden/Proportionality Issues: Forcing production of massive data when a small sample would suffice (violating FRCP 26(b)(1)
4. Confidentiality Breaches: Allowing disclosure of trade secrets or private info without proper protection

I am saying Judge Krause is guilty in all these offenses. And the only way I can obtain justice from these errors

1. Motions for Protective orders (FRCP 26©: Parties ask the judge to limit or deny discovery if it is irrelevant, harassing, or unduly burdensome.
2. Appeals (Abuse of Discretion): If a judge makes a clear, harmful discovery ruling (e.g., forcing irrelevant data), it can be grounds for appeal, though appellate courts often defer to trial judges
3. I (Vincent Artis) is not a lawyer nor do I practice law, if its my right to add 1 and 2 to this motion then please do.

(5) The court have to take in account that I filed a complaint on judge Krause. (Please see attached)

IN CONCLUSION:

I like to first apologize to the court on a couple of my other motions, I talked angry and hurt which is not cool at all. I will be better for now on.

In conclusion:

I would like the judge to grant all my request and grant me a Stay or have a hearing on all these matters.

Defendants are to respond to this application by 1/9/26.

Sincerely
Vincent Artis Pro-se
23-cv-09827-KMK
12/29/25

The Clerk is respectfully directed to mail this document to Plaintiff.

So Ordered
1/5/26



**NEW YORK STATE Workers' Compensation Board**

# Doctor's Report
## of MMI/Permanent Partial Impairment

**C-4.3**

Use this form: 1. When rendering an opinion on MMI and/or permanent partial impairment; or 2. In response to a request by the Workers' Compensation Board to render a decision on MMI and/or permanent partial impairment.

Please answer all questions completely, attaching extra pages if necessary, and submit promptly to the Board, the insurance carrier and to the patient's attorney or licensed representative, if they have one; if not, send a copy to the patient. Failure to do so may delay the payment of necessary treatment, prevent the timely payment of wage loss benefits to the patient, create the necessity for testimony, and jeopardize your Board authorization. You may also fill out this form online at www.wcb.ny.gov.

Date of Examination: **5/30/25**    WCB Case #: **G3346509**    Claim Admin Claim Number: _____

## A. Patient's Information

1. Name: **Artis                Vincent**
   Last / First / MI

2. Date of Birth: **5/26/66**   3. SSN: _____

4. Address (if changed from previous report): _____
   Number and Street / City / State / Zip Code

5. Home phone #: _____   6. Date of injury/illness: **11/2/22**   7. Patient's Account #: _____

## B. Doctor's Information

1. Your name: **Warner                Matthew**
   Last / First / MI

2. WCB Authorization #: **S10839-9W**

3. WCB Rating Code: _____   4. Federal Tax ID #: **112732830**   The Tax ID # is the (check one): ☐ SSN ☒ EIN

5. Office address: **310 EAST SHORE RD. SUITE 100**   **GREAT NECK**   **NY**   **11023**
   Number and Street / City / State / Zip Code

6. Billing Group or Practice Name: **BEHAVIORAL MEDICINE ASSOCIATES**

7. Billing address: _____
   Number and Street / City / State / Zip Code

8. Office phone #: _____   9. Billing phone #: _____   10. Treating Provider's NPI #: _____

## C. Billing Information

1. Employer's insurance carrier: _____   2. Insurer ID: W_____

3. Insurance carrier's address: _____
   Number and Street / City / State / Zip Code

4. Diagnosis or nature of disease or injury:

Enter ICD10 Code:   ICD10 Descriptor:

(1) _____

(2)   **PLEASE SEE ATTACHED**

(3) _____

(4) _____

5. Billing (CPT) Code: _____   6. Charge ($): _____   7. Zip Code: _____

C-4.3 (5-22) Page 1

C-4.3 5-22

Patient Name: _Artis_____ _Vincent_____ _____    Date of Injury/Illness: _11/2/22_
           Last          First         MI

## D. Maximum Medical Improvement

1. Has the patient reached Maximum Medical Improvement? ☒ Yes ☐ No    If yes, provide the date patient reached MMI: _____
If No, describe why the patient has not reached MMI and the proposed treatment plan (attach additional documentation, if necessary).

> PLEASE SEE ATTACHED

## E. Permanent Partial Impairment

1. Is there permanent partial impairment? ☐ Yes ☐ No

2. List the body parts and conditions you treated the patient for related to the date of injury listed in Section A, Question 6.

> N/A

Complete Permanent Partial Disability, Attachment A and/or Attachment B, as indicated based on the patient's condition. Attachment A and/or Attachment B must be completed for each body part and/or condition which you treated the patient for on the date of injury listed in Section A, Question 6.

- For a permanent partial impairment where schedule award (schedule loss of use) is appropriate, complete Attachment A, except for serious facial disfigurement, vision, or hearing loss.

  **Hearing Loss:**
  - Occupational Loss of Hearing - C-72.1 should be utilized, and/or
  - Traumatic Hearing Loss - C4.3 with an attached narrative.

  **Vision Loss:**
  - Attending Ophthalmologist's Report (Form C-5), or
  - C-4.3 with an attached narrative.

  **Serious Facial Disfigurement**
  - C-4.3 with an attached narrative.

- For a non-schedule award (classification), complete Attachment B.

Sign below and submit to the Board only the pages of the form that apply to this report.

This form is signed under penalty of perjury.
Board Authorized Health Care Provider signature:

_Matthew Warner_ _[signature]_     PSYCHOLOGY     5/30/25
Name                                  Specialty            Date

C-4.3 (5-22) Page 2



**Workers' Compensation Board**

# Doctor's Report of MMI/Permanent Partial Impairment

# C-4.3

Use this form: 1. When rendering an opinion on MMI and/or permanent partial impairment; or 2. In response to a request by the Workers' Compensation Board to render a decision on MMI and/or permanent partial impairment.

Please answer all questions completely, attaching extra pages if necessary, and submit promptly to the Board, the insurance carrier and to the patient's attorney or licensed representative, if they have one; if not, send a copy to the patient. Failure to do so may delay the payment of necessary treatment, prevent the timely payment of wage loss benefits to the patient, create the necessity for testimony, and jeopardize your Board authorization. You may also fill out this form online at www.wcb.ny.gov.

Date of Examination: **3/3/25**    WCB Case #: **63346509**    Claim Admin Claim Number: **189926192001**

## A. Patient's Information

1. Name: **Achs**        **Vincent**
   Last            First            MI

2. Date of Birth: **5/26/1968** SSN: _____

4. Address (if changed from previous report): **27 Washington Ave    Sloatsburg    NY    10974**
   Number and Street                City        State    Zip Code

5. Home phone #: **845-323-25**  6. Date of injury/illness: _____    7. Patient's Account #: _____

## B. Doctor's Information

1. Your name: **Montag**        **Nathaniel**
   Last            First            MI

2. WCB Authorization #: _____

3. WCB Rating Code: _____    4. Federal Tax ID #: **222762919**    The Tax ID # is the (check one): ☐ SSN ☑ EIN

5. Office address: **365 NY- 304 X102    Bardonia    NY    10954**
   Number and Street            City        State    Zip Code

6. Billing Group or Practice Name: **The Physical Medicine & Rehabiltation.**

7. Billing address: **365 NY 304 X102    Bardonia    NY    10954**
   Number and Street            City        State    Zip Code

8. Office phone #: **845-624-2182**  9. Billing phone #: _____    10. Treating Provider's NPI #: **1033503255**

## C. Billing Information

1. Employer's insurance carrier: **Broadspire - NF**        2. Insurer ID: W. _____

3. Insurance carrier's address: **P.O. Box 14133    Lexington    KY    40512**
   Number and Street            City        State    Zip Code

4. Diagnosis or nature of disease or injury:

   Enter ICD10 Code:        ICD10 Descriptor:

   (1) **M54.17-724.4  Radiculopathy lumbosacral region**
   (2) **M99.03-739.3  Segmental and somatic dysfunction lumbar region**
   (3) _____
   (4) _____

5. Billing (CPT) Code: _____    6. Charge ($): _____    7. Zip Code: _____

C-4.3 5-22

Patient Name: Artis _____ Vincent _____ , ____ MI    Date of Injury/Illness: 11/2/2022
                Last              First

## D. Maximum Medical Improvement

1. Has the patient reached Maximum Medical Improvement? ☑Yes ☐No    If yes, provide the date patient reached MMI: 5/3/05
   If No, describe why the patient has not reached MMI and the proposed treatment plan (attach additional documentation, if necessary).

## E. Permanent Partial Impairment

1. Is there permanent partial impairment? ☑Yes ☐No

2. List the body parts and conditions you treated the patient for related to the date of injury listed in Section A, Question 6.

Lumbar Spine

Complete Permanent Partial Disability, Attachment A and/or Attachment B, as indicated based on the patient's condition. Attachment A and/or Attachment B must be completed for each body part and/or condition which you treated the patient for on the date of injury listed in Section A, Question 6.

- For a permanent partial impairment where schedule award (schedule loss of use) is appropriate, complete Attachment A, except for serious facial disfigurement, vision, or hearing loss.

  **Hearing Loss:**
  - Occupational Loss of Hearing - C-72.1 should be utilized, and/or
  - Traumatic Hearing Loss - C-4.3 with an attached narrative.

  **Vision Loss:**
  - Attending Ophthalmologist's Report (Form C-5), or
  - C-4.3 with an attached narrative.

  **Serious Facial Disfigurement**
  - C-4.3 with an attached narrative.

- For a non-schedule award (classification), complete Attachment B.

Sign below and submit to the Board only the pages of the form that apply to this report.

This form is signed under penalty of perjury.
Board Authorized Health Care Provider signature:

Dr. Nathaniel montag _____    Physiatry _____    3/24/05
Name                Signature        Specialty        Date

C-4.3 (5-22) Page 2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Vincent Artis

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Phelps Memorial Hospital, et, al

(List the full name(s) of the defendant(s)/respondent(s).)

25 CV 09045 ( X )
Judge Se. bel U.S.D.J

**NOTICE OF APPEAL**

Notice is hereby given that the following parties: _____

_____

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the    ☐ judgment    ☑ order    entered on: 12. / 12 / 25 _____

(date that judgment or order was entered on docket)

that: I also put in for reconsideration on 12/12/25 I got hurt on the Job which lead

(If the appeal is from an order, provide a brief description above of the decision in the order.)

to a permenant injury physical and mental

12/22/25 _____
Dated

Vincent Artis
Signature

Artis Vincent
Name (Last, First, MI)

27 washington avenue    Sloatsburg    N.Y.    10974
Address    City    State    Zip Code

(845)323-2510
Telephone Number

Brooklynartis@gmail.com
E-mail Address (if available)

Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT
Thurgood Marshall United States Courthouse
40 Foley Square, New York NY 10007
212.857.8585

**DEBRA ANN LIVINGSTON**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

December 22, 2025

Vincent Artis
27 Washington Avenue
Sloatsburg, NY 10974

Re: *Judicial Conduct Complaint*, 02-25-90128-jm

Dear Vincent Artis:

We hereby acknowledge receipt of your judicial complaint received and filed as of the date received, December 4, 2025.

The complaint has been filed under the above-referenced docket number and will be processed pursuant to the Judicial Conduct and Disability Act of 1980, 28 U.S.C. § 351-364 (2006), and the *Rules for Judicial-Conduct and Judicial-Disability Proceedings*.

You will be notified by letter once a decision has been filed.

Very truly yours,
Catherine O'Hagan Wolfe, Clerk of Court

By: _____
Dina Kurot
Deputy Clerk

*avl
Phelps
employees
are connected
to this
portal*



Optimum LTE    3:21 PM    56%

## Inbox

**Focused**    Other    ≡ Filter

✉ **Other Emails**    251
Romero, Rebecca L, Apa...

Older

**RA** **Roderick, Abby**    7/28/23
Construction Update: Weekend...
Tomorrow, Saturday 7/29 starting
at 6am, as part of the ongoing c...

**RR** **Rodriguez-Nunez, Ro...** 7/28/23
REMINDER: Cousins Maine... 📎
Sincerely, Nellie D. Jones,
Executive Assistant, Patien

Denise Redell    7/28/23

Please sign in to your Office
365 account.    **Sign in**

Member, The leadership at Phelp...


Mail     Search    [27] Calendar



phelps employees
all connected to this
portal

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X

VINCENT ARTIS                                                  APPEAL

Plaintiff                                                    No:7:23-cv-09827-KMK

 -against-

PHELPS MEMORIAL HOSPITAL

ASSOCIATION, et, al.,

Defendants

-----------------------------------------------------X

On 12/22/25 judge Krause ruled that I cannot have the personal phone records of employees listed in my complaint, I am appealing that Decision for these reasons:

(1)  I have merit to my claim because defendants are all over my complaint.

(2) Judge Krause granted Defendants lawyer partial access to my personal phone when the defendants lawyer only argument in court was "I (Vincent Artis) complained"

(3) The court of appeals will only allow an appeal when the lower court was 1. Wrong, 2. Unjust because of serious procedural or other irregularity in the proceedings in the lower court was: 1. Wrong. 2. Unjust because of serious procedural or other irregularity in the proceedings in the lower court.

(4)In Federal Civil Courts in NY (and generally) judges can err by admitting irrelevant, overly broad, or prejudicial discovery (Discovery not relevant to the case), but it's often challenged via motions to compel/limit discovery or appeals, with courts generally favoring relevance under Federal Rules of Civil Procedure (FRCP) 26(b)(1) requiring proportionality), through sometimes judges admit wide-ranging info if potentially relevant, leading to appeals for abuse of discretion, like in cases where scope is abused or sanctions are improper, requiring parties to show the judge clearly exceeded bounds, as seen in general discovery disputes where courts struggle to balance access vs. burden.

Types of Discovery Errors (Not Specific Cases, but Patterns)

1. Overly Broad Requests: Allowing discovery into a party's entire life/business when only a narrow aspect is relevant to the case.

2. Irrelevant Information: Admitting data/documents with no logical connection to the claims or defenses.

3. Undue Burden/Proportionality Issues: Forcing production of massive data when a small sample would suffice (violating FRCP 26(b)(1)

4. Confidentiality Breaches: Allowing disclosure of trade secrets or private info without proper protection

   I am saying Judge Krause is guilty in all these offenses. And the only way I can obtain justice from these errors

   1. Motions for Protective orders (FRCP 26©: Parties ask the judge to limit or deny discovery if it is irrelevant, harassing, or unduly burdensome.
   2. Appeals (Abuse of Discretion): If a judge makes a clear, harmful discovery ruling (e.g., forcing irrelevant data), it can be grounds for appeal, though appellate courts often defer to trial judges.

(5) I have a complaint in the court of appeals on judge Krause. (Please see attached)


IN CONCLUSION:

I would like my appeal to be granted or, I would like a hearing on this matter.



Sincerely
Vincent Artis Pro-se
23-cv-09827-KMK
12/29/2025