UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

VINCENT ARTIS,

                    Plaintiff,               **ORDER**

        -against-                23 Civ. 9827 (KMK) (AEK)

PHELPS MEMORIAL HOSPITAL
ASSOCIATION and NORTHWELL HEALTH,

                    Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

Plaintiff's January 14, 2026 letter, which was addressed to both Judge Karas and to this Court, asks the Court to "set up a day so the judge can look over defendant's lawyer papers for me to sign, and if it is legit, I will happily sign." ECF No. 115. On January 18, 2026, Judge Karas issued a memo endorsement that stated, among other things, that Judge Karas saw "no need for a conference at this time." ECF No. 117.

This Court previously issued an order, dated January 9, 2026, which explained that it would not schedule a separate conference to preside over the signing of authorizations that Plaintiff was required to provide to Defendants. ECF No. 111. Rather, this Court stated that if Plaintiff was not comfortable "signing papers from Defendants lawyer by e-mail," then Plaintiff could "print out the authorizations, sign those authorizations in ink, and return the authorizations to defense counsel via U.S. Mail." *Id.* This Court stated that Plaintiff could also "provide a copy of those signed authorizations to this Court via U.S. Mail for this Court to maintain in its files in case there are any disputes in the future about the authorizations." *Id.* By way of his January 14, 2026 letter, Plaintiff has instead renewed his request to have the Court review the authorizations prior to him signing them.

Accordingly, this Court orders that the procedure for having Plaintiff sign the authorizations for his mental health and medical records will be as follows:  (1) by no later than **Tuesday, January 27, 2026**, Defendants' counsel must file on ECF, in accordance with the procedures for "Electronic Filing Under Seal" set forth in Section 5 of the undersigned's Individual Practices, the authorizations that counsel wants Plaintiff sign; and (2) this Court will review the proposed authorizations and issue an order as to whether the proposed authorizations are consistent with this Court's prior orders regarding this category of discovery.  If the Court approves the proposed authorizations, then the authorizations will be attached to the Court's order, which will then be mailed to Plaintiff by the Clerk of Court.  By a date to be specified in that order, Plaintiff will be directed to sign the approved authorizations, send them by U.S. Mail to Defendants' counsel, and send copies of the signed authorizations by U.S. Mail to this Court.

The Clerk of Court is directed to mail a copy of this order to the *pro se* Plaintiff.

In addition, counsel for Defendants is directed to send a copy of this order to Plaintiff via email, and to file proof of service on the docket, to ensure that Plaintiff receives the order prior to the January 27, 2026 deadline for Defendants to file of the proposed authorizations.

Dated:  January 23, 2026
White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge