UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

VINCENT ARTIS,

                          Plaintiff,                    **ORDER**

          -against-                                     23 Civ. 9827 (KMK) (AEK)

PHELPS MEMORIAL HOSPITAL
ASSOCIATION and NORTHWELL HEALTH,

                          Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

The Court grants Defendants' request to use a room at the federal courthouse at 300 Quarropas Street, White Plains, New York to take Plaintiff's deposition so that Plaintiff does not have to travel to Defendants' counsel's offices in New York City for his deposition.  The room will be available on **March 11, 2026, from 9:00 a.m. to 5:00 p.m.**  The parties are directed to go to the Clerk's Office—located on the first floor—upon their arrival at the courthouse in order to gain access to the room where the deposition will be taken.  In order to be able to bring any electronic devices, including the court reporter's equipment, into the courthouse, the parties will have to submit appropriate requests to the Court in advance, using the "Standing Order for Electronic Devices" available at https://nysd.uscourts.gov/hon-andrew-e-krause.

The room will be used on March 11, 2026 **for Plaintiff's deposition only**.  Pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff is also permitted to take depositions, but he is not required to do so.  If Plaintiff does wish to take depositions, then he—like any party who wishes to take a deposition during the discovery phase of a case—will have to separately notice the depositions, make arrangements for when and where they will be held and how they will be recorded, and be responsible for paying the substantial costs associated with taking the

depositions.  To be clear, Plaintiff would also be permitted to take depositions using the same room at the federal courthouse, but he would have to make his own arrangements—and pay his own expenses—for the recording and transcription of the depositions.

* * * * * * * * * *

On a separate note, **by no later than February 27, 2026**, Defendants must provide a status report to the Court on the progress of their anticipated production of documents to Plaintiff.

The Clerk of Court is directed to mail a copy of this order to the *pro se* Plaintiff.

In addition, counsel for Defendants is directed to send a copy of this order to Plaintiff via email, and to file proof of service on the docket.

Dated: February 20, 2026
       White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge