UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

VINCENT ARTIS,

                            Plaintiff,                **ORDER**

         -against-                        23 Civ. 9827 (KMK) (AEK)

PHELPS MEMORIAL HOSPITAL
ASSOCIATION and NORTHWELL HEALTH,

                          Defendants.
------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

In response to an email sent to the Court by Defendants' counsel and copied to Plaintiff, the Court grants Defendants' request to use the room at the federal courthouse at 300 Quarropas Street, White Plains, New York to take Plaintiff's deposition.  The room will be available on **April 2, 2026, from 9:00 a.m. to 5:00 p.m.**  The parties are directed to go to the Clerk's Office—located on the first floor—upon their arrival at the courthouse in order to gain access to the room where the deposition will be taken.  The parties also are reminded that in order to be able to bring any electronic devices, including the court reporter's equipment, into the courthouse, the parties will have to submit appropriate requests to the Court in advance, using the "Standing Order for Electronic Devices" available at https://nysd.uscourts.gov/hon-andrew-e-krause.

In addition, in a submission from Plaintiff dated March 6, 2026, he states that he would like to use the room in the federal courthouse to take depositions as well but that he "would like a list of all the times the room will be available, so I can get with defendant's lawyer to see if their clients can be available."  ECF No. 138.  If Plaintiff wants to take depositions at the courthouse, he should follow the same procedure that Defendants' counsel followed to reserve

the room at the courthouse for Plaintiff's deposition:  he should speak to Defendants' counsel first about dates and times when everyone (Plaintiff, Defendants' counsel, and the person to be deposed, if it is possible to ascertain the witness's schedule) is available; and then he should contact Judge Krause's chambers—either by email sent to KrauseNYSDChambers@nysd.uscourts.gov, or by mail sent to Hon. Andrew E. Krause, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601—providing the dates and times when he would like use of the room to take the depositions.  Chambers staff will then find out whether the room is available and notify the parties.  This is the procedure that has been followed by Defendants' counsel for purposes of scheduling Plaintiff's deposition; Plaintiff has been copied on all of the relevant emails, and therefore should be familiar with the procedure.

Plaintiff had also stated in his March 6, 2026 submission that he did not want to talk with Defendants' counsel about scheduling depositions until the discovery deadline was extended. ECF No. 138.  The Court notes that Judge Karas has extended all discovery deadlines by 60 days.  ECF No. 137.  Accordingly, the deadline for the completion of fact discovery, as set by Judge Karas, is now **May 15, 2026**.  Plaintiff should therefore contact Defendants' counsel about scheduling depositions.  The parties should be mindful of the current fact discovery deadline when discussing possible deposition dates.

The Clerk of Court is directed to mail a copy of this order to the *pro se* Plaintiff.

In addition, counsel for Defendants is directed to send a copy of this order to Plaintiff via email, and to file proof of service on the docket.

Dated:  March 17, 2026
       White Plains, New York

                      **SO ORDERED.**

                      ANDREW E. KRAUSE
                      United States Magistrate Judge

3