UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

VINCENT ARTIS,

                              Plaintiff,               **ORDER**

          -against-                                    23 Civ. 9827 (KMK) (AEK)

PHELPS MEMORIAL HOSPITAL
ASSOCIATION and NORTHWELL HEALTH,

                              Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

Plaintiff has filed a motion for a protective order, citing difficulties he has encountered in retaining a court reporter so that he can take depositions, and seeking an order compelling Defendants to share their court reporter for the depositions he wants to take and staying his own deposition. ECF No. 146. The Court will address the issue of Plaintiff's inability to retain a court reporter at the conference scheduled for April 10, 2026. *See* ECF No. 148 (Scheduling Order). However, Plaintiff's application for a stay of his own deposition is DENIED. Plaintiff's deposition will proceed as scheduled on April 2, 2026, from 9:00 a.m. to 5:00 p.m. at the federal courthouse in White Plains. *See* ECF No. 140.

The Clerk of Court is respectfully directed to terminate the motion filed at ECF No. 146, and to mail a copy of this order to the *pro se* Plaintiff.

In addition, counsel for Defendants is directed to send a copy of this order to Plaintiff via email, and to file proof of service on the docket.

Dated: March 24, 2026
       White Plains, New York

                                            **SO ORDERED.**

                                            _____
                                            ANDREW E. KRAUSE
                                            United States Magistrate Judge