UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

VINCENT ARTIS,

                      Plaintiff,                    **ORDER**

            -against-                   23 Civ. 9827 (KMK) (AEK)

PHELPS MEMORIAL HOSPITAL
ASSOCIATION and NORTHWELL HEALTH,

                    Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

This order memorializes the issues addressed and the rulings made during the April 10, 2026, discovery hearing before Judge Krause.

1. The Court addressed the issues raised in the numerous letters filed since the December 22, 2025 conference.

2. By no later than **April 17, 2026**, Defendants must file a letter that confirms that Defendants have completed their search for any documents responsive to Plaintiff's request in the letter filed at ECF No. 156 ("physical results that [were] a requirement to me getting hired by Phelps Northwell Hospital . . . [and] the questions that [were] asked with the physical"). The letter must report whether any new responsive documents have been located, and if so, must propose a date by which those documents will be produced. If Defendants' position is that some or all of the documents responsive to this demand have been produced already, the letter must include the Bates ranges of those documents Defendants' existing productions.

3. Defendants' April 17, 2026 letter must also provide additional information to the Court as to (i) the nature of the EEOC investigation that is the subject of Plaintiff's discovery requests and how it relates to Plaintiff's claims in this case; and (ii) whether there was a public

resolution of the EEOC investigation.  If there was a public resolution of the EEOC investigation, the letter must explain whether (and if so, when) Defendants are prepared to produce documents sufficient to identify and explain that public resolution to Plaintiff.

3.    The Court denied Plaintiff's request (in his letter filed at ECF No. 152) for "ALL e-mails between Assistant Director Tony and Maria Bueti" from 2020 until March 27, 2026, because Defendants' productions to date already would have captured the relevant emails—both in terms of subject matter and temporal scope—between these individuals, *see* ECF Nos. 129, 155 (at page 2).

4.    With respect to depositions that Plaintiff wants to take, Plaintiff must meet and confer with Defendants' counsel about dates and times for such depositions, and then Plaintiff must email Judge Krause's chambers regarding the availability of the room at the federal courthouse in White Plains for these depositions.  The Court provided Plaintiff with contact information for an attorney with the City Bar Justice Center who will provide additional information regarding retaining a court reporter for these depositions.

5.    The Court set deadlines of **June 1, 2026**, for Plaintiff to provide his expert disclosures, and **June 15, 2026**, for Defendants to provide their expert disclosures.

6.    The Court adjourned the matter without scheduling another conference.

The Clerk of Court is directed to mail a copy of this order to the *pro se* Plaintiff.

Dated: April 13, 2026
      White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge