UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VINCENT ARTIS,

*Plaintiff*,

v.

PHELPS MEMORIAL HOSPITAL
ASSOCIATION, *and* NORTHWELL
HEALTH,

*Defendants*.

No. 23-CV-9827 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

Plaintiff Vincent Artis ("Plaintiff"), proceeding pro se, brings this Action against Phelps

Memorial Hospital Association and Northwell Health, Inc. (together "Defendants") alleging

race- and disability-based discrimination and retaliation  in violation of Title VII of the Civil

Rights Act of 1964, 42 U.S.C. § 2000e et seq., the Americans with Disabilities Act, 42 U.S.C.

§ 12101 et. seq., and the New York State Human Rights Law, N.Y. Exec. Law § 296.  (*See*

Compl. (Dkt. No. 1).)

Since July 2025, the Court has received at least 59 emails from Plaintiff.  They range in

topic from motions he wishes to file to general updates about the progress of this Action.  While

Plaintiff has copied Defendants' counsel on most of these emails, some of his communications

are ex parte in nature, and all of them are submitted by email in violation of the Court's rules.

*See* Individual Rules of Practice I.A (effective Apr. 20, 2026) (accessible by copying this link:

https://www.nysd.uscourts.gov/sites/default/files/practice_documents/KMK%20Karas%20Indivi

dual%20Practices%2004-20-2026%20update.pdf) ("Communications with the Court should be

by letter. . . . [L]etters should be filed electronically via ECF.").  "The Court cannot" and will not

"accept filings emailed to [Chambers] or ex parte communications," *Trs. of Pavers Dist. Council Apprenticeship, Skill Improvement & Training Fund v. Lavin, Inc.*, No. 22-CV-1023, 2025 WL 1640496, at *2 (E.D.N.Y. Mar. 24, 2025) (report and recommendation), as such communications "are inappropriate and will not be considered by the Court[,]" *Tangle Inc. v. Individuals, Corps., Limited Liability Cos., Partnerships, & Unincorporated Assocs. Identified on Schedule A of the Complaint*, No. 21-CV-7024, 2021 WL 4507552, at *1 (S.D.N.Y. Oct. 1, 2021).

Going forward, Plaintiff is directed to stop emailing Judge Karas' Chambers.  Instead, he should file documents by regular mail or via email to prose@nysd.uscourts.gov and Pro_Se_Filing@nysd.uscourts.gov, subject to the Court's ECF Rules.  *See* S.D.N.Y. Electronic Case Filing Local Rules Appendix C.  Plaintiff should note that this Order only applies to his communications with Judge Karas' Chambers and does not impact Plaintiff's ability to communicate with Magistrate Judge Krause's Chambers via email.

SO ORDERED.

DATED:    April 22, 2026
          White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE