**Sheppard**

# MEMO ENDORSED

April 28, 2026

Eric D. Raphan
+1.212.634.3045
eraphan@sheppard.com

**VIA ECF**

The Honorable Kenneth M. Karas
United States District Court Judge
United States District Court for the
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re:     *Vincent Artis v. Phelps Memorial Hospital Association and Northwell Health*
        Docket No.: 7:23-cv-09827-KMK-AEK

Dear Judge Karas:

We represent Defendants Phelps Hospital (improperly named as "Phelps Memorial Hospital Association") and Northwell Health, Inc. (improperly named as "Northwell Health") (collectively, "Defendants") in the above-referenced matter.  We respectfully submit this letter requesting some clarification regarding the upcoming discovery deadline and the deadline for Defendants to submit a letter requesting a pre-motion conference for Defendants' anticipated motion for summary judgment.

## I.    Background on Discovery and Plaintiff's Requested Depositions

On March 5, 2026, Plaintiff submitted a request to extend discovery so he could proceed with six depositions. (*See* ECF No. 137).  On March 9, 2026, the Court granted Plaintiff's request and extended the discovery deadline 60 days until May 15, 2026.  (*Id.*).

On April 10, 2026, the parties attended a discovery hearing before Judge Krause.  (ECF No. 157).  During that hearing, Plaintiff was ordered to meet and confer with Defendants' counsel about dates and times for depositions, then email Judge Krause's chambers regarding the availability for a room at the federal courthouse in White Plains for these depositions.  (*Id.*).  Plaintiff was also informed of the approaching May 15, 2026 discovery deadline as it relates to his depositions, and that he would likely need to request an extension of discovery if he plans to continue with these depositions.  Shortly after the hearing on April 10, 2026, Plaintiff informed Defendants' counsel of the individual he would like to depose first, Maria Bueti.  On April 14, 2026, Defendants' counsel informed Plaintiff that Ms. Bueti was available for a deposition on May 11, 2026.  (*See* Exhibit A, April 14, 2026 Email to Plaintiff).

On April 17, 2026, Plaintiff emailed Defendants' counsel and Your Honor's chambers stating that he was attempting to secure a court reporter for Ms. Bueti's deposition on May 11,

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, NY 10112
T: +1.212.653.8700 | F: +1.212.653.8701

sheppard.com

The Honorable Kenneth M. Karas
April 28, 2026
Page 2

2026. (*See* Exhibit B, April 17, 2026 Email from Plaintiff). Plaintiff has not further informed Defendants' counsel on his efforts in securing a court reporter, his intention to proceed with depositions, or whether he will request to extend discovery.

## II.    **Letter Regarding Pre-Motion Conference**

The current discovery deadline is May 15, 2026. (*See* ECF No. 137). On July 7, 2025, the Court entered a Case Management and Scheduling Order in which it set summary judgment motions due at the end of discovery. (*See* ECF No. 74). Pursuant to Rule II(A) of Your Honor's Individual Rules and Procedures, the deadline for Defendants' letter requesting a pre-motion conference on their anticipated motion for summary judgment is May 1, 2026.

Given the uncertainty regarding Plaintiff's outstanding discovery, including Plaintiff's deposition of Maria Bueti and others, Defendants request that the Court confirm whether the deadline to submit their letter requesting a pre-motion conference on Defendants' anticipated motion for summary judgment remains May 1, 2026 or will be set for a later date.

We thank Your Honor for your consideration of this matter.

Sincerely,

*/s/ Eric D. Raphan*

Eric D. Raphan

The discovery deadline is not being moved. This case is nearing its third birthday and the Parties have been given plenty of time to complete discovery. The pre-motion letter deadline is moved to June 1, 2026.

So Ordered    4/29/26

for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


Attachments

cc:    Plaintiff, Vincent Artis (via email and Federal Express)

# EXHIBIT A

**From:** Matthew Netti
**Sent:** Tuesday, April 14, 2026 12:55 PM
**To:** Vincent Artis
**Cc:** Eric Raphan
**Subject:** Maria Bueti Availability - Artis v. Phelps

Good afternoon Mr. Artis,

Maria Bueti is available for a deposition on May 11 at the courthouse.

Regards,
Matt

**Matthew J. Netti**
Associate

30 Rockefeller Plaza
New York, NY 10112
Direct +1.212.220.5495 | Office +1.212.653.8700
mnetti@sheppard.com | Bio | LinkedIn | sheppard.com

1

# EXHIBIT B

| | |
|---|---|
| **From:** | Vincent Artis <brooklynartis@gmail.com> |
| **Sent:** | Friday, April 17, 2026 11:33 AM |
| **To:** | KarasNYSDChambers@nysd.uscourts.gov; prose@nysd.uscourts.gov; pro-se-filing@nysd.uscourts.gov; Maria Gomez; Eric Raphan; Matthew Netti |
| **Subject:** | Court reporter |

Good morning Judge Krause and Judge Karas:

I have reached out to Susan Keane like you told me to, and she called me yesterday. She said she is waiting to hear back from the people she reached out to for the court reporter. She will get back to me as soon as she hears something. I told her the date and time (May 11) also, do I automatically get to use the courthouse? Or, do you the judge book the date for me? Please let me know.

Sincerely,
Vincent Artis Pro-se
23-cv-09827-KMK
4/17/26
Sent from my iPhone

1